WILLIAM TUCKERMAN, GUSTAVUS TUCKERMAN, BEN- JAMIN EATON, ANDREW GREEN, STEPHEN ROBBINS, JOSEPH BAN- CROFT, JONATHAN WRIGHT, SAMUEL COVERLEY, LEVI MER- RIAM, LEVI BRIGHAM, GEORGE WELLS, ENOCH WISWELL, AND DANIEL HASTINGS *versus* HAN- NAH ROBY, ADMINISTRATRIX, ETC., OF JOHN S. ROBY, DECEASED, SARAH E. ROBY, HENRY M. ROBY, RUEL ROBY, AND JOHN S. ROBY, HEIRS AT LAW OF SAID DECEASED. 

JOURNAL ENTRIES (1825–26): *Journal 4:* (1) Bill taken as confessed, referred to master, continued *p. 73; (2) motion to confirm master's report and for decree ordering sale *p. 105; (3) decree *p. 109.

PAPERS IN FILE: (1) Stipulation for entry of amicable suit; (2) bill of complaint; (3) precipe for writ of subpoena; (4) bond for costs; (5) subpoena and return; (6) copy of decree pro confesso and reference to master; (7) master's report; (8) draft of decree of foreclosure; (9) published notice of sale; (10) register's report of sale; (11) printer's bill; (12) bill of costs; (13) deed of mortgage.

*Chancery Case 48 of 1824.*

 DANIEL BUXTON *versus* CLARK WARDEN. 

JOURNAL ENTRIES (1825): *Journal 4:* (1) Motion for judgment for costs overruled, discontinued *p. 74.

PAPERS IN FILE: (1) Bill of complaint.
*Chancery Case 53 of 1825.*

 ASA PRATT *versus* LID- DEY PRATT. 

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Rule to plead, answer, or demur; continued *p. 74; (2) motion to take bill as confessed, continued *p. 111; (3) bill taken as confessed, referred to master *p. 128; (4) continued *p. 215; (5) rule of reference enlarged *p. 285; (6) motion to dismiss *p. 365.

PAPERS IN FILE: (1) Precipe for writ of subpoena; (2) writ of subpoena and return; (3) motion for pro confesso and reference to master.
*Chancery Case 57 of 1825.*

 DANIEL MULHOLLON *versus* FRANÇOIS LÉRIGÉ DIT LA- PLANTE, THOMAS WILSON, AND THOMAS PALMER. 

JOURNAL ENTRIES (1825–28): *Journal 4:* (1) Mo- tion for alias subpoena granted, continued *p. 74; (2) continued *p. 111; (3) continued *p. 133; (4) settled *p. 174.

PAPERS IN FILE: (1) Bill of complaint, precipe for subpoena; (2) precipe for alias subpoena; (3) alias subpoena.
*Chancery Case 59 of 1825.*

 HARRIET RIDDLE *versus* JOSEPH RIDDLE. 

JOURNAL ENTRIES (1825–30): *Journal 4:* (1) Rule to plead, answer, or demur; continued *p. 75; (2) continuance rescinded; rule to enter security for costs; rule to plead, answer, or demur; con- tinued *p. 77; (3) continued under former rule *p. 111; (4) motion to take bill as confessed; motion for leave to plead, answer, or demur *p. 174; (5) continued *p. 215; (6) leave given to amend bill *p. 286; (7) solicitor's name stricken *p. 359; (8) death suggested *p. 365.

PAPERS IN FILE: (1) Bill of complaint; (2) precipe for subpoena; (3) writ of subpoena and return; (4) bond for costs; (5) motion for pro confesso and reference to master; (6) motion by com- plainant's solicitors to strike their names from docket.
*Chancery Case 61 of 1825.*